**M. Eugene GIBBS, Plaintiff— Appellant,**

v.

**UNITED STATES of America; Department of Defense, (DCMAO); Department of Labor; George Moore; Does 1–5; Duane A. Caesar, Defendants— Appellees.**

No. 03–2008.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 2, 2004.

Decided: June 14, 2004.

M. Eugene Gibbs, Appellant pro se.

Allen F. Loucks, Jennifer Lilore Huesman, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

M. Eugene Gibbs appeals from the district court's denial of his motions for reconsideration and for injunctive relief. Because we agree with the district court that Gibbs' motions were frivolous, we dismiss the appeal. To the extent that Gibbs seeks release from prison, he must pursue such relief in his criminal case. We deny all of Gibbs' pending motions, including his motions for habeas corpus relief, to expedite, to amend his notice of appeal, and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*